IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM CRENSHAM,**<br>Plaintiff,<br>**v.**<br>**ELEANOR GRIFFITH,**<br>Defendant. | No. 2:25-cv-2988 CSK P<br>~~**[PROPOSED]**~~ **ORDER** |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint under 42 U.S.C. § 1983. On October 8, 2026, defendant filed a motion to opt out of the referral to the Court's Post-Screening Early ADR ("Alternative Dispute Resolution"). (ECF No. 32.) After reviewing defendant's request, and good cause appearing, defendant's motion is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion to opt out (ECF No. 32) is granted.
2. The Court's stay of this action (ECF No. 31) is lifted.
3. The Court will issue a discovery and scheduling order under separate cover.

Dated: October 13, 2026

Chi Soo Kim

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/cren2988.optout